PULLIAM *vs*. SHELOR, executrix; LEE *vs*. STATE; DU-MAS *vs*. STATE; IVEY *vs*. STATE; GUNN *vs*. GILES, ordi-nary; COUCH, administrator, *vs*. COUCH; JACKSON, ad-ministrator, *vs*. MARTIN; JONES *vs*. STATE; HUMPHREY *vs*. STATE.

There being being sufficient evidence to sustain the verdict, this court will not interfere with the discretion of the court below in refusing a new trial.

---

HAYES *vs*. PITTMAN, executrix.

Suit was brought by Hayes against Mrs. Pittman, executrix of J. G Pittman, on the following receipt: "Received, Thomasville, January 6th, 1871, of Joshua Smith, one hundred dollars for James H. Hayes, the same to be credited on note held by James H. Hayes against said Joshua Smith.     [Signed] ·     "J. G. PITTMAN."
The only evidence introduced was the receipt itself, and the testi-mony of the plaintiff's son that Pittman had several claims belonging to his father for collection, but he knew nothing about this particu-lar note:
*Held*, that a non-suit was properly awarded,

JACKSON, Justice.